PHILIP KATOWITZ
Attorney At Law
320 7th Avenue, PMB # 255
Brooklyn, New York 11215
(917) 545-0941
Fax (718) 499-0148

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 7 2006 ★

**BROOKLYN OFFICE**

March 28, 2006

Hon. Allyne R. Ross
U.S. District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

*Application granted.*
*So ordered.* s/Allyne Ross   USDJ
3/28/06
cc: Counsel

Re: <u>U.S. v. Michael Scott</u>
CR 05-0842 (ARR)

Dear Judge Ross:

I have spoken with AUSA Morvillo who has indicated he has no objection to the defendant's travel plans for this weekend.

I have also received a message from Ms. Michelle Dwyer who is a Pretrial Services Officer supervising the defendant in New Jersey. Ms. Dwyer indicates she has no objection to the travel plans. Ms. Dwyer may be reached at 973-368-1203 (fax: 973-645-2282)

Accordingly, I would appreciate the Court's permission for the defendant to travel this weekend.

If the Court wishes to fax me an endorsed copy of this letter, I will in turn fax it to Ms. Dwyer.

Thank you.

Respectfully,

PHILIP KATOWITZ